# First District Court of Appeal
## State of Florida

_____

No. 1D18-3036
_____

DARRYL RONALD HOLLIS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

March 25, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darryl Ronald Hollis, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.